Order entered January 13, 2023



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00361-CR

**MONTEZ ANTONIO ASHBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-75720-V**

## ORDER

We **REINSTATE** this appeal.

By order issued November 30, 2022, the Court abated the appeal and ordered the trial court to conduct a hearing and making findings and recommendations regarding why appellant's overdue brief had not been filed. On December 12, 20222, appellant tendered a brief for filing and later filed a December 13, 2022 motion to extend the time to file his brief.

On January 10, 2023, a supplemental clerk's record was filed containing the trial court's December 13, 2022 findings and recommendations. The Court **ADOPTS** the trial court's findings that: (1) appellant is indigent and represented by court-appointed counsel; (2) appellant desires to prosecute the appeal and has not abandoned the appeal; and (3) appointed counsel's explanation for the delay in filing appellant's brief is that he mis-calendared the deadline.

The trial court recommended that the Court accept and file appellant's brief. We agree with the trial court's recommendation. We **GRANT** appellant's motion to extend the time to file his brief and **ORDER** appellant's tendered brief filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE